UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SOILA LLAPA,                                              CIV. NO. 13-1320(MJD/JSM)

    Plaintiff,                                             ORDER

v.

U.S. BANK, NA, as Trustee for
CWMBS 2006-R2, et al.

    Defendants.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 27, 2013. No objections[1] have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    (1)    Defendants' Motion to Dismiss [Docket No. 4] is **GRANTED.**

    (2)    This matter is dismissed with prejudice.

    (3)    The Clerk of Court is hereby directed to mail a copy of this Order to William B. Butler, 33 South Sixth St., Suite 4100, Minneapolis, MN 55402.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated:  January 28, 2014                                s/Michael J. Davis
                                                                                  Michael J. Davis, Chief Judge
                                                                                  United States District Court

---

[1] By Order dated January 14, 2014 (Civil No. 13-mc-49 (MJD)(Doc. No. 10)), this Court suspended attorney William B. Butler from the practice of law in the United States District Court, District of Minnesota, effective December 26, 2013. Because Plaintiff's objection was due prior to this Court's January 14, 2014 suspension order, the Court has considered the Plaintiff was allotted the entire objection period to file an objection with the Court.